No. 98–7543. TALK v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–7544. CHAMBERS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–7545. BYRNES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–7552. JONES v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–7554. LOFTON v. ATWOOD. C. A. D. C. Cir. Certiorari denied.

No. 98–7556. LIBRETTI v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–7558. MORENO v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–7560. MORRIS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–7563. GOLDEN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–7564. MARTINEZ GARCIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–7566. GOTSCH v. NEW HAMPSHIRE. Sup. Ct. N. H. Certiorari denied.

No. 98–7568. HUERTA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–7569. HILL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–7570. GRIGGS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–7572. BOADU v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 4th Cir. Certiorari denied.